**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. CCB-19-371** |
| **JOSHUA LANKFORD** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO REOPEN DETENTION HEARING AND FOR PRETRIAL RELEASE**

Joshua Lankford, through counsel, moves pursuant to 18 U.S.C. § 3142(f)(2) to reopen his detention hearing and requests immediate release from the Chesapeake Detention Center (CDF) to avoid contracting the novel coronavirus that causes COVID-19 (hereinafter "the virus"). The virus is now reportedly at the CDF complex, and if the experience of the District of Columbia correctional facilities serves as a guide, likely to spread rapidly. For the reasons contained in a contemporaneously-filed sealed memorandum in support of this motion, Mr. Lankford's health places him at unique risk of death if he were to be infected. Accordingly, for the reasons noted in the sealed memorandum, he moves for his immediate release.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

/s/
_____
Brendan Hurson (#28179)
Assistant Federal Public Defenders
100 S. Charles St., Tower II, Ninth Fl.
Baltimore, MD 21201
(410) 962-3962 (p)
(410) 962-0872 (f)
Email: Brendan_hurson@fd.org