FILED
LOGGED
ENTERED
RECEIVED
NOV 2 4 2020
CLERK AT BALTIMORE
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
BY _____ DEPUTY

Dear Office of The Clerk,

received & read carefully my so called case theirs a few thing's missing (First) I was not arrested for any of the charge's, I was unlawfully take for the Institution of Sussex Delaware August 01, 2019 to have my Amendment's broken & more'. Without seeing any Fugitive Warrant from Justice - MD, & District Court Commisioner at any time of me being in maryland. Writing the Supreme Court of the United States - Clerk of the Lisa Nesbitt Court # ~~110~~ 202 - 479 - 3011 also Caroline county court house for the State's Attorney of Caroline county # 410-479-0255. To show me the information of my Maryland case Number D-036-CR-18-000925 court of Caroline County Date Of my Assigned 10-31-2018 Statute Fugitive Warrant.

My Question to you is why i'm i still locked up in chesapeake Detention Facility 401 East Madison Street Baltimore, Maryland 21202 - My ID Number 320 4868 - My Name Joshua Isiah Lankford Sr - Waiting over a year & more to be free with know court paper send to me for the clerk of the District of Maryland in Baltimore City at all

Sincerely,
Joshua I Lankford Sr

P.S. I was sexual Assault by some C.O. Officer & was place on lock up not before goin to the UM Hospital plus I called PREA Hotline 410-585-3177 but have not seen anyone, I'm asking for help!