

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Mary Setzer*
*Assistant United States Attorney*
*Mary.Setzer@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4803*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

December 22, 2020

**VIA ECF**
Honorable Catherine C. Blake
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

    Re:    *United States v. Joshua Lankford,* Criminal No. CCB-19-0371

Dear Judge Blake:

    The Government writes to request that the Court schedule a conference call with the parties to discuss the issues raised in defense counsel's November 13, 2020 status report and ascertain the earliest possible date the above matter can be scheduled for trial. The Government is available at the Court's convenience.

    Very truly yours,

    Robert K. Hur
    United States Attorney

    *Mary W. Setzer*
    Mary W. Setzer
    Assistant United States Attorney
    410-209-4803
    410 949-5765
    Mary.Setzer@usdoj.gov

    Leah Branch
    Trial Attorney
    202-598-1459
    Leah.Branch@usdoj.gov

Cc: Michael Montemarano, Esq.