# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

3826 PAUL MILL ROAD
SUITE 204
ELLICOTT CITY, MARYLAND  21042
(410) 992-0067
FAX (443) 663-3002
email: montemarano67@gmail.com

March 12, 2021

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

      Re:    *United States v. Lakeya Aldridge, et al.*
               (Def: Joshua Lankford)
           No.  CCB-19-371
           Attorney inquiry & status: March 11, 2021

Dear Judge Blake:

      I write to follow up with the Court relative to yesterday's attorney inquiry.  I must apologize for the palpable frustration I demonstrated with Mr. Lankford.  That his recalcitrance regarding cooperation with me dates to before we first spoke last July offers me no particular excuse or sanction.

      I have arranged a video visit on the earliest available date, April 7, and have sent him copies of all 14 of my prior letters to him.  I will report back to the Court as to my status within 30 days, if that is acceptable.

                                 Very truly yours,

                                 /s/

                               Michael D. Montemarano

MDM/ap