IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal Action No. CCB-19-0371 |
| v. | * | |
| | * | |
| | * | |
| JOSHUA LANKFORD | * | |
| | * | |
| | *** | |

**ORDER**

On March 11, 2021, the court held an ex parte attorney inquiry hearing with Joshua Lankford and his present appointed counsel, Michael Montemarano. On March 24, 2021, Mr. Montemarano filed with the court ex parte a "motion" prepared by Mr. Lankford and a letter concerning his representation of Mr. Lankford. Those documents will be filed under seal as attachments to this Order.

Having considered the record in this case, the opinions expressed during the attorney inquiry hearing, and the documents recently submitted by Mr. Montemarano, it appears that the best course is to appoint new counsel for Mr. Lankford as he requested. The court does so with no criticism of Mr. Montemarano, and with the expectation that Mr. Lankford will understand the importance of having one more opportunity to establish a good working relationship with counsel to represent him in this case.

Accordingly, it is hereby Ordered that:

1. The ex parte exhibits submitted to the court shall be FILED UNDER SEAL as attachments to this Order;

2. The appearance of Michael Montemarano, Esq., as counsel for Joshua Lankford is WITHDRAWN; and

3. New counsel from the CJA Panel will be appointed to represent Mr. Lankford.

| | |
|---|---|
| <u>  3/26/2021      </u><br>Date | <u>           /s/              </u><br>Catherine C. Blake<br>United States District Judge |