**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

May 14, 2021

MEMORANDUM TO COUNSEL

    Re:    *United States v. Joshua Lankford*
                <u>Criminal No. CCB-19-0371</u>

Dear Counsel:

    This will confirm the results of our conference call today. No additional defense motions will be filed. An evidentiary hearing to address pending motions remains set for **June 22, 2021**, beginning at **10:00 a.m.** in person in the courthouse. The courtroom assignment will be available at a later date. It is not yet possible to set an earlier trial date, but the schedule will be revisited later in the year.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                         Sincerely yours,

                                                        /S/

                                                        Catherine C. Blake
                                                       United States District Judge