**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

October 28, 2024

MEMORANDUM TO COUNSEL

Re:    *USA v. Joshua I. Lankford*
       Criminal No. CCB-19-0371

Dear Counsel:

Joshua Lankford has filed a motion to compel counsel to produce defendant's case file (ECF 270). Counsel, including Christopher Nieto, Esq., and Assistant U.S. Attorneys Mary Setzer and Michael Cunningham, are directed to respond by November 8, 2024.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/ CATHERINE C. BLAKE

Catherine C. Blake
United States District Judge

Cc: Mr. Joshua Lankford